RECEIVED

JUN 28 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**FILED**

Jun 28 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Anthony Bussie #64105050
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Clerk
Northern District California
United States District Court
450 Golden Gate Avenue
San Francisco, CA
94101

Dear Clerk,

Please send me the following
Bussie v. Yellen 21 CV 03800 (CRB) (N.D.Cal)

① Docket Sheet
② Docket Entry 1 complaint

Thank you
AB